IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re HAROLD K. SUTTON.                         /

No. C 13-2387 MEJ (PR)

**ORDER OF TRANSFER**

Plaintiff Harold K. Sutton, a state prisoner currently incarcerated at California State Prison-Los Angeles (CSP-Los Angeles) in Lancaster, California, has filed a letter complaining of his treatment by staff at CSP-Los Angeles, which the Court construes as an attempt to file a pro se complaint under 42 U.S.C. § 1983. Specifically, Plaintiff alleges that Officer Stewart verbally abuses and demeans him.

The acts complained of in his complaint occurred at CSP-Los Angeles, which is located in the Central District of California. Venue, therefore, properly lies in the Central District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: June 3, 2013

_____
Maria-Elena James
United States Magistrate Judge